**AT&T**

# INSTRUCTIONS FOR REQUESTING CUSTOMER RECORDS

If you are a **current or former customer** seeking to obtain your own records, please read the instructions in **Section 1** below.

If you are a **third party** seeking to obtain records on behalf of a current or former customer, please read the instructions in **Section 2** below.

## Section 1: Customers Requesting Their Own Records

- **Cricket, AT&T Prepaid and Reseller customers must have a legal demand to obtain records.**

- **Records for business accounts cannot be sent to third parties. Business records can only be sent to billing address or email address on record. A legal demand is required to send records to a location other than the billing address or email address on record.**

**What information <u>can</u> be provided?**

AT&T customers can request their own records by completing the attached customer consent form. Customers may receive their outgoing call records, invoices and/or statements.

- Postpaid customers can request the information above if older than 16 months.  If the information being requested is within the past 16 months or less, customers can log on to their online account and view the past 16 months of billing statements. If you need assistance viewing your online statements, please contact Customer Care at 1- 800-331-0500 or 611 from your mobile device.

- AT&T stores the content of text messages for 48 hours; this content is stored for network purposes only. Any messages sent or received through 3rd party applications or iMessage are not maintained by AT&T. Anything outside 48 hours is purged and cannot be produced. AT&T cannot guarantee processing within 48 hours. The information is not guaranteed to be complete nor indicate our customer performed a particular action on our network. Duplicate records may exist.

**What information <u>cannot</u> be provided?**

- AT&T stores the content of text messages for 48 hours. Anything outside 48 hours is purged and cannot be produced. AT&T cannot guarantee processing within 48 hours.
- Content of messages on AT&T Messages Backup & Sync, can be viewed only if it is available via the application on the customer's device. AT&T does not control when these messages are saved or deleted. Any messages sent/received through 3rd party apps or iMessage are not maintained by AT&T.
- Incoming call and text records are provided upon receipt of a legal demand.
- Records cannot be provided on AT&T resellers. (Tracfone, Locust Communications, etc.)

1



**Requirements to obtain information:**

- Records must only be sent via mail or email to the address of record. Records cannot be sent to any other address (billing or email) and the address on record must be at least 30 days old.
- A processing fee of $70.00 applies for all customer consent requests. We ask that you include payment with the returned form.
- The Customer Consent Form found at the end of this document must be completed in its entirety and sent   to gldc@att.com or by fax at 1-888-938-4715.

- **Only the financially liable account holder can consent to the release of records. The user, if different from the financially liable account holder, cannot consent to the release of records. Please ensure the appropriate party completes the consent form or records cannot be released.**

## Section 2: Third Parties Requesting Information on Behalf of a Customer

- <span style="color:red">**Cricket, AT&T Prepaid and Reseller customers must have a legal demand to obtain records.**</span>

- <span style="color:red">**Records for business accounts cannot be sent to third parties. Business records can only be sent to billing address or email address on record. A legal demand is required to send records to a location other than the billing address or email address on record.**</span>

**What information <u>can</u> be provided?**

Third party agencies such as attorneys and law enforcement can request information on behalf of an AT&T customer only with the customer's consent.

- The same conditions apply as listed in **Section 1, What information can be provided** above.

**What information <u>cannot</u> be provided?**

- The same conditions apply as listed in **Section 1, What information cannot be provided** above.

**Requirements to obtain information:**

- Records can be sent to a third party of choice that is specified by the customer on the Customer Consent Form found at the end of this document. The Consent Form must be notarized.
- A processing fee of $70.00 applies for all customer consent requests. We ask that you include payment with the returned form.
- The Customer Consent Form found at the end of this document must be completed in its entirety, notarized and sent back to Global Legal Demand Center by emailing it to gldc@att.com or faxing it to 888-938-4715.
- **Only the financially liable account holder can consent to the release of records. The user of the account, if different from the financially liable account holder, cannot consent to the release of records. Please ensure the appropriate party completes the consent form or records cannot be released.**

**AT&T**

# RETURN CUSTOMER CONSENT FORM BY FAX TO 888-938-4715 OR EMAIL TO GLDC@ATT.COM FOR PROCESSING.

## AT&T CUSTOMER AUTHORIZATION FOR RELEASE OF RECORDS

Pursuant to 18 U.S.C. 2702 (c)(2) or 18 U.S.C. 2703(c)(1)(C) and/or 47 U.S.C. 222(c)(2), I,

_____,

**(Name of Account Holder)**

Hereby authorize AT&T to release my records to (check one of the boxes below):

☐        Myself (**if selected ONLY complete sections 1 & 2**)

☐        Third Party Agency, e.g. law enforcement or attorney (**if selected complete sections 1 – 4 below**)

## Section 1: Customer Information

Account Holder (Print Name): _____

Last 4 of SS# (if applicable): XXX-XX_____ _____

Address of account holder: _____

Contact number of account holder: _____

Cellular/Landline number of records being provided: _____

Start date of records: _____

End date of records: _____

**BILLING: A processing fee of $70.00 will be billed for all customer consent requests. We ask that you include payment with the returned form.  This form must be completed by the account holder. As a reminder, AT&T postpaid records can be found online for the previous 16 months. www.att.com**

By signing below you agree with the charges associated.

**Signature** of Customer of Record (Account Holder): _____

**Printed name** of person signing: _____

3



## Section 2: Type of Records Requested

**Check boxes that apply:**

☐    Outgoing Call records

☐    Outgoing Text records

☐    Statements/invoices pertaining to my telephone service for month and year. (Ex. 01/2019 – 03/2019)

☐    Other _____

## Section 3: Agency Information

Name of agency to receive information:

_____

Name of person to receive information: _____

Address of Agency: _____

Reference or case number (if applicable): _____

Contact number of person: _____

Fax number (if available):

_____

Email address (if available): _____

Preferred method to send records to agency (check one): ☐ Mail  ☐ Fax  ☐ Email

## Section 4: Notary Certificate

STATE OF _____ _____

COUNTY OF _____ _____

The foregoing Customer Authorization was sworn to and subscribed before me this _____ _____

by _____          _____

4

**AT&T**

(Customer Name)                                                                                    (date)  who is

personally known to me or has produced a  _____

_____as identification.

(form of photo identification produced)

# RETURN CUSTOMER CONSENT FORM BY FAX TO 888-938-4715 OR EMAIL TO GLDC@ATT.COM FOR PROCESSING.

## <u>CREDIT CARD PAYMENT FORM</u>

**<u>Invoice Information:</u>**

Matter ID (If provided):  _____

Date:  _____

Amount:  $_____

**<u>Customer Information:</u>**

Name as it Appears on Credit Card:  _____

Phone Number:  _____

Credit Card Number:  _____

Expiration Date:  _____

**Total Amount To Be Authorized**: **$**  _____

**TRANSACTION WILL APPEAR AS "AT&T POS" ON STATEMENT.**

CREDIT CARD RECEIPT REQUESTED VIA:

_____  OR  _____
              EMAIL ADDRESS                                         FAX NUMBER